FILED

2015 Mar-16  PM 01:10
U.S. DISTRICT COURT
N.D. OF ALABAMA



FILED

2015 MAR 13  A  9 42

U.S. DISTRICT
...
...

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

TERESA BECK,                          )
                                      )
          Plaintiff,                  )
                                      )      No.
     v.                               )
                                      )      CV-15-JHE-0431-J
DISCOVER FINANCIAL SERVICES, INC.,    )
                                      )
          Defendant.                  )

TERESA BECK (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against DISCOVER FINANCIAL SERVICES, INC. (Defendant):

## INTRODUCTION

1.     Count I of Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

## JURISDICTION AND VENUE

2.     Jurisdiction of this Court over Plaintiff's Complaint arises pursuant to 28 U.S.C. § 1331.

3.     Because Defendant conducts business in the State of Alabama, personal jurisdiction is established.

4.     Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5.     Plaintiff is a natural person who resides in Jasper, Walker County, Alabama.

6.     Plaintiff is informed, believes, and thereon alleges, that Defendant is a national debt collection company with a business office in Riverwoods, Illinois.

7.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8.      In or around 2014, Defendant began constantly and consistently placing telephone calls to plaintiff in an attempt to collect a debt an alleged debt.

9.      Defendant places telephone calls to Plaintiff on Plaintiff's cellular telephone at 205-300-16XX.

10.     Defendant places telephone calls from numbers including, but not limited to, 801-902-2944.

11.     Per its prior business practices, each collection call placed by Defendant to Plaintiff was placed using an automatic telephone dialing system.

12.     In or around February of 2014, Plaintiff called Defendant and spoke to Defendant's representative.

13.     During the course of the telephone conversation in or around February 2014, Plaintiff informed Defendant that she was currently unable to pay the alleged debt, and requested that Defendant cease placing calls to her cellular telephone.

14.     Plaintiff revoked any consent, either explicitly or implicitly, to receive automated telephone calls from Defendant on her cellular telephone in or around February, 2014.

15.     Despite Plaintiff's request to cease, Defendant placed at least one hundred and ninety-five (195) automated calls to Plaintiff's cellular telephone.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

16.     Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

17.     Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in

statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

18.  Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

19.  Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

20.  All court costs, witness fees and other fees incurred; and

21.  Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE Plaintiff, TERESA BECK, demands a jury trial in this cause of action.

Dated this the *10th* day of March, 2015.

Respectfully submitted,

M. Brandon Walker (ASB-7482-H62W)
One of the Attorneys for Teresa Beck

**WITH THE LAW FIRM OF:**
WALKER McMULLAN, LLC
242 West Valley Avenue
Suite 312
Birmingham, Alabama 35209
(205) 417-2541