FILED

2015 Oct-13  PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| TERESA BECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 6:15-cv-00431-LSC |
| | ) | |
| DISCOVER FINANCIAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The Court acknowledges receipt of the parties' Joint Stipulation of

Dismissal (Doc. 17) filed on October 12, 2015. Accordingly, the case is

DISMISSED, with prejudice, and costs are taxed as paid.

Done this 13th day of October 2015.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

182185